# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | Herbert Edward Miller | **Case No :** | 13–23040 – B – 11 |
| | | **Date :** | 9/26/13 |
| | | **Time :** | 02:00 |

**Matter :**    [12] – Motion/Application to Value Collateral of Washington Mutual Bank [GEM–2] Filed by Debtor Herbert Edward Miller (smis)

**Judge :**    David E. Russell
**Courtroom Deputy :**    Sheryl Arnold
**Reporter :**    Diamond Reporters
**Department :**    B

---

**APPEARANCES for :**
**Movant(s) :**
     Debtor(s) Attorney – Gilbert E. Maines
     Debtor – Herbert Edward Miller
**Respondent(s) :**
     Creditor's Attorney – Jonathan Cahill

---

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the real property located at 305 Hilton Drive, Applegate, California had a value of $325,000.00 at the time the petition was filed which was March 6, 2013.

Dated: September 27, 2013

By the Court

David E. Russell, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Greg Campbell
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177

Gilbert Maines
1320 Crooked Mile Ct
Placerville, CA 95667

Herbert Miller
P O Box 6644
Auburn, CA 95604