# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Herbert Edward Miller | **Case No :** | 13–23040 – B – 11 |
| | | **Date :** | 10/1/13 |
| | | **Time :** | 9:32 |

**Matter :** [16] – Motion/Application to Value Collateral of Washington Mutual Bank, FA [GEM–2] Filed by Debtor Herbert Edward Miller (smis)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney – Gilbert E. Maines
             Debtor – Herbert Edward Miller
**Respondent(s) :**
(by phone)   Creditor's Attorney – Greg Campbell for Citimortgage

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is denied without prejudice.

Dated: October 03, 2013

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge